

# Fourth Court of Appeals
## San Antonio, Texas

September 1, 2022

No. 04-22-00531-CV

**IN THE INTEREST OF I.M.**, a Child

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2021PA00828
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

On August 29, 2022, the clerk's record in this appeal was filed. The notice of appeal is defective in several ways, most importantly in that it does not state the date of the judgment or order appealed from and does not identify the appellant(s). Texas Rule of Appellate Procedure 25.1(d) sets forth the required contents of a notice of appeal. The notice of appeal in this case does not comply with Rule 25.1(d) because it does not

. . .

(2) state the date of the judgment or order appealed from;

(3) state that the party desires to appeal;

(4) state the court to which the appeal is taken . . .;;

(5) state the name of each party filing the notice;

(6) in an accelerated appeal, state that the appeal is accelerated and state whether it is a parental termination or child protection case, as defined in Rule 28.4;

(7) in a restricted appeal:

   (A) state that the appellant is a party affected by the trial court's judgment but did not participate--either in person or through counsel--in the hearing that resulted in the judgment complained of;
   (B) state that the appellant did not timely file either a postjudgment motion, request for findings of fact and conclusions of law, or notice of appeal; and
   (C) be verified by the appellant if the appellant does not have counsel.

(8) state, if applicable, that the appellant is presumed indigent and may proceed without paying costs under Rule 20.1.

TEX. R. APP. P. 25.1(d).

Appellant(s) is/are hereby ORDERED to file an amended notice of appeal that fully complies with Rule 25.2(d) **no later than September 11, 2022**.

It is so **ORDERED** on this 1st day of September, 2022.

PER CURIAM

ATTESTED TO: _____

MICHAEL A. CRUZ, Clerk of Court